# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re<br><br>DAVID J. SMITH, III,<br><br>        Debtor(s). | Chapter 13<br>Case No. 17-30751-EDK |

## MOTION TO REQUIRE COUNSEL TO FILE A FEE APPLICATION

Now comes the Chapter 13 trustee (the "Trustee") and respectfully moves that this court enter an Order requiring Attorney Damien Martin to file a fee application. Based on a review of the record, minimal services may have been rendered and in order to protect the interests of the Debtor, the Trustee requests that counsel be ordered to file a fee application.

WHEREFORE, the Trustee requests that Attorney Martin be ordered to file a fee application.

Respectfully submitted,
Standing Chapter 13 Trustee

Dated: 2/16/18

/s/Denise M. Pappalardo
Denise M. Pappalardo, Trustee BBO # 553293
Joanne Zoto Psilos, Staff Attorney BBO #556997
P.O. Box 16607
Worcester, MA 01601
(508) 791-3300
denisepappalardo@ch13worc.com

02/16/2018 MOOT. ATTORNEY MARTIN HAS PREVIOUSLY BEEN ORDERED TO FILE A FEE APPLICATION IN THIS CASE. SEE ORDER DATED JANUARY 25, 2018 [#28].